United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MEGAN N. GENTRY, Plaintiff, | § | CIVIL ACTION NUMBER 4:26-cv-01647 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| SPIRETEX INTERNATIONAL, INC and FOXCONN CORPORATION, Defendants. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Megan Gentry proceeds here *pro se* and *in forma pauperis*. She filed this action against Defendants Spiretex International Inc and FoxConn Corporation for alleged employment discrimination. Dkt 1. She alleges that they engaged in unlawful racial discrimination, along with retaliation for reporting such conduct. Id at ¶¶24–34.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 4. Plaintiff was ordered to "submit a completed summons and Form USM-285" and warned that failure to do so may result in dismissal. Dkt 5. On July 8, 2026, she was again notified that "failure to comply" may result in dismissal of the case. Dkt 8. No return of service has been filed.

Judge Bryan recommends that this case be dismissed without prejudice for failure to effect service within 90 days of filing a complaint as required by Rule 4(m) of the Federal Rule of Civil Procedures. Dkt 11 at 2–3.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see

also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

This case is DISMISSED WITHOUT PREJUDICE.

A final judgment will issue separately.

SO ORDERED.

Signed on November 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge